IN THE SUPREME COURT OF NORTH CAROLINA

 2021-NCSC-118

 No. 56PA20

 Filed 29 October 2021

WILLIAM EVERETT COPELAND IV and CATHERINE ASHLEY F. COPELAND,
Co-Administrators of the ESTATE OF WILLIAM EVERETT COPELAND

 v.

AMWARD HOMES OF N.C., INC.; CRESCENT COMMUNITIES, LLC; and
CRESCENT HILLSBOROUGH, LLC

 On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision

of the Court of Appeals, 269 N.C. App. 143, 837 S.E.2d 903 (2020), reversing and

remanding an order of summary judgment entered on 7 May 2018 by Judge W.

Osmond Smith III in Superior Court, Orange County. On 15 December 2020, the

Supreme Court allowed plaintiffs’ conditional petition for discretionary review. Heard

in the Supreme Court on 1 September 2021.

 Edwards Kirby, LLP, by William B. Bystrynski and David F. Kirby, and Holt
 Sherlin LLP, by C. Mark Holt and David L. Sherlin, for plaintiffs.

 Cranfill Sumner LLP, by Steven A. Bader and F. Marshall Wall, for defendants
 Crescent Communities, LLC, and Crescent Hillsborough, LLC.

 Pinto Coates Kyre & Bowers, PLLC, by Jon Ward, and Erwin Byrd for Amicus
 Curiae North Carolina Advocates for Justice.

 Roberts & Stevens, PA, by David C. Hawisher, for Amicus Curiae North
 Carolina Association of Defense Attorneys.

 PER CURIAM.
 COPELAND V. AMWARD HOMES OF N.C., INC.

 2021-NCSC-118

 Opinion of the Court

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.